IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. M-25-626-ALM ) |
| ANTHONY MICHAEL LENNON, | ) ) |
| Defendant. | ) ) |

## ORDER

The United States has moved to unseal the Complaint and supporting documents in the matter identified in the caption. For the reason given in the application, the Court finds that the request should be granted.

IT IS THEREFORE ORDERED that the Complaint and supporting documents filed in Case No. MJ-25-626-ALM, shall be unsealed and made part of the public record of this Court.

*Amanda L. Maxfield*
AMANDA L. MAXFIELD
United States Magistrate Judge